IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRETT CLARK                                                                                       PLAINTIFF

v.                                        No. 4:12-cv-15-DPM

KENT McCULLOUGH; JOHN
McCULLOUGH; NANCY CLARK;
CHARLOTTE PENN; MAYAPPLE
McCULLOUGH ESTATE, Mark
Rushing, Personal Representative;
and ANDREW W. McCULLOUGH
ESTATE, Holly McCullough,
Personal Representative                                                                  DEFENDANTS

ORDER

The Andrew W. McCullough Estate, through its personal representative, Holly McCullough, has moved for more time to respond to the complaint. *Document No. 10.* The motion is denied because McCullough is not a lawyer and may not represent the Estate or file any court paper on its behalf. In the circumstances, however, the Court *sua sponte* extends the Estate's time to respond to the complaint until 16 March 2012 so the Estate can hire counsel.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

15 February 2012