IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BRETT CLARK**                                                    **PLAINTIFF**

v.                    **No. 4:12-cv-15-DPM**

**BRUCE McCULLOUGH; KENT
McCULLOUGH; JOHN McCULLOUGH;
NANCY CLARK; CHARLOTTE PENN;
MAYAPPLE McCULLOUGH ESTATE**, Mark
Rushing, Personal Representative;
and **ANDREW W. McCULLOUGH
ESTATE**, Holly McCullough,
Personal Representative                            **DEFENDANTS**

## JUDGMENT

Brett Clark's complaint is dismissed without prejudice.

*/s/ D.P. Marshall Jr.*

D.P. Marshall Jr.
United States District Judge

22 March 2012